TEMPLE MANAGEMENT CORP., Appellant, v. MANUFACTURERS TRUST COMPANY, as Trustee for the Benefit of Certain Certificate Holders of BOND AND MORTGAGE GUARANTEE Co., Respondent.— Motion to dismiss appeal granted by default, with $10 costs, and appeal dismissed, with costs. Present — Lewis, P. J., Johnston, Adel, Aldrich and Nolan, JJ. [184 Misc. 53.]

## (April 8, 1946.)

ALBANS HOLDING CORPORATION et al., Appellants, v. SOLOMON BLUM et al., Respondents.— Motion for permission to dispense with printing certain exhibits denied, without costs, and without prejudice to an application to the trial justice. Under the circumstances here disclosed, whether the exhibits should be printed at length is a matter to be determined, in the first instance, by him. (Rules Civ. Prac., rule 232.) Present — Lewis, P. J., Johnston, Adel, Aldrich and Nolan, JJ.

WILLIAM J. HURLEY, Respondent, v. MICHAEL GIANCOLA et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Lewis, P. J., Johnston, Adel, Aldrich and Nolan, JJ.

PLAYLAND HOLDING CORPORATION, Landlord, Appellant, v. WILLIAM NUNLEY et al., Tenants, Respondents.— Motion for leave to appeal to the Appellate Division and for a stay granted. The appeal is to be heard on the original record and will be placed on the calendar for Friday, April 12, 1946. The tenants are directed to file five typewritten copies of the brief and to serve one copy on the attorneys for the landlord. The typewritten brief shall be double spaced and each page shall contain not more than three folios. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See 186 Misc. 864; post, p. 910.]

MYRTLE REESE, as Executrix of DAVID F. REESE, Deceased, Respondent, v. JAMES PRINGLE, Defendant, and MILLER PLACE CORPORATION, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See ante, p. 828.]

DELIA B. SCHACHT, Appellant, v. MYRON B. SCHACHT, Respondent.— Motion for leave to appeal to the Court of Appeals granted. The following questions are certified: (1) Is the plaintiff's cause of action barred by the decree of divorce of the Nevada court dated June 24, 1944? (2) Was defendant's motion at Special Term to dismiss the complaint on the merits, pursuant to subdivision 5 of rule 107 of the Rules of Civil Practice, properly granted? Motion for stay pending the determination by the Court of Appeals granted. Defendant's time to answer is extended until ten days after the decision by the Court of Appeals. Present — Lewis, P. J., Johnston, Adel, Aldrich and Nolan, JJ. [See ante, p. 850.]

SAMUEL ZIRN, Respondent, v. CLIFTON N. BRADLEY et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Johnston, Adel, Aldrich and Nolan, JJ. [See ante, p. 829.]